1  STEVEN J. ROTHANS – State Bar No. 106579
   JILL WILLIAMS – State Bar No. 221793
2  CARPENTER, ROTHANS & DUMONT
   888 S. Figueroa Street, Suite 1960
3  Los Angeles, CA 90017
   (213) 228-0400 / (213) 228-0401 [Fax]
4  srothans@crdlaw.com / jwilliams@crdlaw.com

5  Attorneys for Defendants,
   City of Santa Ana, a public entity, and
6  Officers Peter Picone and John Rodriguez,
   public employees

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 TIFFANY NUNLEY, as guardian ad    ) Case No.: SACV 14-00766 CAS (FFMx)
   litem for her minor daughter, H.H., )
12                                      ) ANSWER TO FIRST AMENDED
           Plaintiff,                   ) COMPLAINT; DEMAND FOR JURY
13                                      ) TRIAL
   vs,                                  )
14                                      )
   CITY OF SANTA ANA, PETER            )
15 PICONE, JOHN RODRIGUEZ and          )
   DOES 1 through 10, inclusive        )
16                                      )
           Defendants.                  )
17                                      )
                                        )
18

19        COME NOW Defendants, City of Santa Ana, a public entity, and Officers

20 Peter Picone and John Rodriguez, public employees, and hereby answer the First

21 Amended Complaint filed by the plaintiff in the above-entitled action as follows:

22              **ADMISSIONS AND DENIALS**

23        1.    In response to paragraph 1 of the First Amended Complaint, these

24 answering defendants assert that the law speaks for itself and that, in light of the

25 plaintiff's claims in this case, jurisdiction is proper in this court.

26        2.    In response to paragraph 2 of the First Amended Complaint, these

27 answering defendants admit that, in light of the plaintiff's allegations in this case,

28 the United States District Court, Central District of California, is the proper venue

- 1 -
ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

1   for this case.

2       3.      In response to paragraph 3 of the First Amended Complaint, these

3   answering defendants assert that, based on the allegations in this case, the court has

4   the discretion to exercise supplemental jurisdiction over the plaintiff's state tort

5   claims.  These answering defendants admit that this action was commenced less

6   than six months after the plaintiff's claim for damages was denied.

7       4.      In response to paragraphs 4, 5, 6, 11, 12, 13, 14, 16, 33 and 53 of the

8   First Amended Complaint, these answering defendants are without sufficient

9   knowledge or information to form a belief as to the truth of the allegations set forth

10  therein and, on that basis, deny those allegations.

11      5.      In response to paragraphs 8, 20, 21, 22, 23 and 25 of the First

12  Amended Complaint, these answering defendants admit the allegations set forth

13  therein.

14      6.      In response to paragraphs 17, 18, 27 (Page 9, Lines 20-25), 27 (Page

15  9, Line 26 – Page 10, Line 2), 28, 29, 30, 31, 35 (Page 11, Line 20 – Page 12, Line

16  2), 36, 37, 38, 39, 41, 42, 43, 44, 45, 47, 48, 49, 50, 51, 54, 55, 56, 58, 59, 60, 61,

17  62, 63, 65 (Page 20, Line 12- Page 21, Line 5), 65 (Page 21, Lines 6-22), 66, 67,

18  68, 69, 70, 72, 73, 74, 75, 76, 78, 79, 80 and 81 of the First Amended Complaint,

19  these answering defendants deny the allegations set forth therein.

20      7.      In response to paragraphs 19, 32, 40, 46, 52, 57, 64, 71 and 77 of the

21  First Amended Complaint, these answering defendants incorporate their

22  admissions and denials to each of the preceding paragraphs.

23      8.      In response to paragraph 7 of the First Amended Complaint, these

24  answering defendants admit that Jason Hallstrom died on March 23, 2013.  These

25  answering defendants are without sufficient knowledge or information to form a

26  belief as to the truth of the remaining allegations set forth therein and, on that

27  basis, deny those allegations.

28      9.      In response to paragraphs 9, 10 and 15 of the First Amended

- 2 -

ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

1    Complaint, these answering defendants admit that at the time of the incident that

2    gives rise to this lawsuit, Officer Peter Picone and Officer John Rodriguez were

3    employees and/or agents of the City of Santa Ana and were acting under color of

4    law and in the course and scope of their employment as police officers. As to the

5    remaining allegations set forth therein, these answering defendants are without

6    sufficient knowledge or information to form a belief as to the truth of those

7    allegations and, on that basis, deny those allegations.

8         10.    In response to paragraph 24 of the First Amended Complaint, these

9    answering defendants admit that Officer Rodriguez fired his gun at Hallstrom and

10   that shots struck Hallstrom. These answering defendants deny that the shooting

11   was unjustified. As to the remaining allegations set forth therein, these answering

12   defendants are without sufficient knowledge or information to form a belief as to

13   the truth of those allegations and, on that basis, deny those allegations.

14        11.    In response to paragraph 26 of the First Amended Complaint, these

15   answering defendants admit that, while in police custody, Hallstrom was taken to

16   Western Medical Center, and that he died on March 23, 2013. As to the remaining

17   allegations set forth therein, these answering defendants are without sufficient

18   knowledge or information to form a belief as to the truth of those allegations and,

19   on that basis, deny those allegations.

20        12.    In response to paragraph 34 of the First Amended Complaint, these

21   answering defendants admit that Hallstrom was arrested on March 15, 2013.

22        13.    In response to paragraph 35 (Page 12, Lines 3-7) of the First

23   Amended Complaint, these answering defendants admit that Hallstrom was in the

24   hospital and secured by police from the time he was arrested on March 15, 2013,

25   until he died, on March 23, 2013.

26                                **AFFIRMATIVE DEFENSES**

27        1.    These answering defendants assert that the First Amended Complaint,

28   or any purported claim or cause of action alleged therein, is barred by the

ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

1  applicable statute of limitations, pursuant to 42 U.S.C. § 1983 and Code of Civil
2  Procedure §§ 335.1, 340.

3     2.     These answering defendants assert that the First Amended Complaint
4  fails to state a claim against these answering defendants.

5     3.     These answering defendants assert that any damages which resulted to
6  the plaintiff and/or the decedent were caused by third parties whose acts were
7  superseding and intervening to any cause relating to these answering defendants.

8     4.     These answering defendants assert that any recovery on the plaintiff's
9  First Amended Complaint, or any purported claim or cause of action alleged
10  therein, is barred in whole or in part by the plaintiff's failure to mitigate their
11  damages.

12     5.     These answering defendants assert that any recovery on the plaintiff's
13  First Amended Complaint, or any purported claim or cause of action alleged
14  therein, is barred in whole or in part by the plaintiff's and/or decedent's
15  comparative fault.

16     6.     These answering defendants assert that any recovery on the plaintiff's
17  First Amended Complaint, or any purported claim or cause of action alleged
18  therein, is barred in whole or in part by the comparative fault of others.

19     7.     These answering defendants assert that any recovery on the plaintiff's
20  First Amended Complaint, or any purported claim or cause of action alleged
21  therein, is barred in whole or in part by the decedent's own conduct which violated
22  numerous provisions of the California Penal Code and, as such, was negligent per
23  se.

24     8.     These answering defendants assert that the plaintiff lacks standing to
25  maintain the instant action.

26     9.     These answering defendants assert that the acts complained of by
27  plaintiff was provoked by unlawful and wrongful conduct of the decedent in that
28  he willfully, maliciously, unlawfully, and wrongfully interfered with the lawful

ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

1    orders of a police officer, and purposefully resisted the detention, arrest and/or

2    investigatory orders, despite requests that he desist, and continued to do so.

3        10.    These answering defendants assert that at the time of the incident that

4    gives rise to this lawsuit, the decedent was on parole and/or probation and, thus,

5    subject to search and seizure without probable cause or reasonable suspicion.

6        11.    These answering defendants assert that the officers are entitled to

7    qualified immunity because, at all times mentioned in the First Amended

8    Complaint the officers acted reasonably and with a good faith belief that they were

9    acting as reasonable police officers under the laws of the State of California and/or

10    the controlling law was not clearly established at the time of the incident.

11        12.    These answering defendants assert that they are immune from liability

12    as to the plaintiff's state tort claims pursuant to the provisions of California

13    Government Code §§ 815, 815.2, 815.4, 815.6, 818.2, 818.4, 818.6, 820.2, 820.25,

14    820.4, 820.6, 820.8, 821, 821.6 and 845; Civil Code § 43.55; Penal Code §§ 243,

15    834, 835, 836, 836.5, 847 and 1389; and Vehicle Code § 17004, et seq.

16        13.    These answering defendants assert that, to the extent the First

17    Amended Complaint seeks compensation for any state tort claims, those claims are

18    barred in that the plaintiffs have failed to properly comply with the provisions of

19    the California Tort Claims Act in the filing of an appropriate Claim with a public

20    entity prior to the initiation of the lawsuit, pursuant to the provisions of

21    Government Code §§ 900, 901, 910 and 911.2; furthermore, the Tort Claim

22    submitted does not authorize the various state torts set forth in the plaintiff's First

23    Amended Complaint.

24        14.    These answering defendants assert that at all times mentioned in the

25    First Amended Complaint, decedent knowingly, willingly and voluntarily assumed

26    the risks involved in his conduct and appreciated the foreseeability of being

27    injured, when he continued his conduct and actions of refusing to obey the lawful

28    orders of peace officers, resisting the detention and/or arrest and/or attempting to

1    escape and/or flee a lawful arrest and/or detention.  Despite said knowledge and

2    appreciation of the risk of injuries, decedent voluntarily chose to continue his

3    actions and conduct, which resulted in his alleged injuries and damages.

4         15.     These answering defendants assert that at all times mentioned in the

5    First Amended Complaint, and prior to the time when defendants' employees are

6    alleged to have committed the acts complained of, the decedent willfully,

7    wrongfully and unlawfully refused to follow the reasonable instructions and

8    directions and commands of said police officers, and attempted to assault, batter

9    and use deadly force on the police officers, as well as presented a threat to others

10   in the vicinity, so as to cause defendants' employees to take reasonable action to

11   restrain the decedent, overcome resistance and use deadly force.  For this reason,

12   the conduct of defendants' employees (police officers) was in the interests of

13   officer safety, self-defense, defense of others, and in defense of property.

14        16.     These answering defendants assert that the officers' conduct at the

15   time of this incident was privileged under California law.

16        17.     These answering defendants assert that the cause of death of decedent

17   was a result of natural causes in which these answering defendants had no part.

18        18.     These answering defendants assert that plaintiff's lawsuit based on a

19   wrongful death claim is barred as plaintiffs have failed to comply with the

20   requirements of California and Federal law in bringing said claim.

21        19.     These answering defendants assert that the plaintiff's claims may be

22   barred by Government Code § 945.3 and Heck v. Humphrey.

23        20.     These answering defendants reserve the right to amend additional

24   affirmative defenses that may become known.

25        WHEREFORE, these answering defendants pray as follows:

26        1.     That the plaintiffs take nothing by way of their First Amended

27   Complaint.

28   ///

- 6 -

1       2.      That these answering defendants recover the costs of suit incurred

2 herein.

3       3.      That these answering defendants recover reasonable attorney's fees

4 incurred herein, pursuant to 42 U.S.C. § 1988 and Code of

5 Civil Procedure §§1021.7 and 1038; and

6       4.      That the Court award such other and further relief as it deems just and

7 proper.

8

9 DATED:   August 18, 2014           CARPENTER, ROTHANS & DUMONT

10                                           /s/

11                   By:                                   

12                             STEVEN J. ROTHANS

                                 JILL WILLIAMS

13                             Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -

ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

1    **DEMAND FOR JURY TRIAL**

2         Pursuant to Local Rule 3.4.10.1, these answering defendants hereby demand

3    a jury trial as provided in Rule 38(b) of the Federal Rules of Civil Procedure.

4

5    DATED:   August 18, 2014              CARPENTER, ROTHANS & DUMONT

6                                                           /s/

7                                       By: _____

8                                          STEVEN J. ROTHANS
                                           JILL WILLIAMS
9                                          Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL