ALEXIS GALINDO (State Bar No. 136643)
CURD GALINDO & SMITH LLP
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802-4828
Telephone: (562) 624-1177
Facsimile: (562) 624-1178
Email:agalindo@cgsattys.com

<u>Attorneys for Plaintiff</u>
TIFFANY NUNLEY, as guardian ad litem,
For minor daughter H.H.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY NUNLEY, as guardian ad litem, For minor daughter H.H., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SANTA ANA; et al., <br><br> Defendants. | Case Nos. SACV 14-589-CAS (FFMx); SACV 14-766 CAS (FFMx); and SACV 14-778 CAS (FFMx) <br><br> **CCP § 377.32 STATEMENT FROM TIFFANY NUNLEY, as guardian ad litem, for minor daughter H.H.** |

Pursuant to CCP § 377.32, Plaintiff, TIFFANY NUNLEY, as guardian ad litem, For minor daughter H.H. declares under penalty of perjury the following:

1. The decedent's name is JASON HALLSTROM.

2. The date and place of the decedent's death: March 23, 2013 at Santa Ana, California, Orange County, California.

1

CCP § 377.32 STATEMENT

3.	No proceeding is now pending in California for administration of the decedent's estate.

4.	The declarant is the guardian ad litem, for the minor daughter of decedent H.H., who is decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in the action or proceeding."

5.	The declarant is authorized to act on behalf of the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) with respect to the decedent's interest in the action or proceeding.

6.	No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

The declarant declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 12/11, 2015

_____
TIFFANY NUNLEY, as guardian ad litem,
For minor daughter H.H.

Submitted by:

CURD, GALINDO & SMITH, LLP

_____
ALEXIS GALINDO
Attorneys for Plaintiff

2

CCP § 377.32 STATEMENT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United State and a resident of the aforesaid county; I am over the age of 18 and not a party to the within entitled action; my business address is 301 E. Ocean Blvd., Suite 1700, Long Beach, California 90802.

On **December 15, 2015**, I served the within:

    **CCP §377.32 STATEMENT FROM TIFFANY NUNLEY, as guardian ad litem, for minor daughter H.H.**

in said action, on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

[ ]   **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE**: I hand caused _____ to hand deliver such envelope(s) to the named addressee.

[ ]   **BY FACSIMILE**: The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a report of the transmission.

[X]   **BY E-FILE**: (IN COMPLIANCE WITH GENERAL ORDER) On **December 15, 2015**, at my place of business, I e-filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to the parties listed below:

**SEE ATTACHED SERVICE LIST**

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 15, 2015**, at Long Beach, California.

                                                                           *Irene Duran*
                                                                          Irene Duran

Curd, Galindo & Smith, L.L.P
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Ph: (562) 624-1177
Fax: (562) 624-1178

CCP § 377.32 STATEMENT

## SERVICE LIST

Steven J. Rothans
Jill Williams
CARPENTER, ROTHANS & DUMONT
888 S. Figueroa Street, Suite 1960
Los Angeles, CA 90017
(213) 228-0400
(213) 228-0401 (Fax)
Attorneys for Defendants, City of Santa Ana; a public entity; and Officers Peter Picone and John Rodriguez, public employees

Dale K. Galipo
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
(818) 347-3333
(818) 347-4118 (Fax)
Attorneys for Plaintiffs, R.S. and Phyllis Hallstrom

Jorge Gonzalez
A PROFESSIONAL CORPORATION
2485 Huntington Drive, Suite 238
San Marino, CA 91108
(213) 598-3278
Attorney for Plaintiff, Travis Mock

Curd, Galindo & Smith, L.L.P
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Ph: (562) 624-1177
Fax: (562)624-1178

CCP § 377.32 STATEMENT